

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER AND NOTICE OF INTENT TO DISMISS FOR WANT OF PROSECUTION

Appellate case name:     Rose Patricia Ann Shields, Oscar Urbina, and Arnold Shields, Individually, d/b/a Galveston Service Company, d/b/a Blu Shields Construction v. Commercial State Bank, Douglas Faver, Suzanne Hubbard, Daniel Jurgena, Roxanne Tomolialo, Joseph Cox, Thomas Walsh and Gina F. Dominique

Appellate case number:     01-16-00643-CV

Trial court case number:     2015-06750

Trial court:     129th District Court of Harris County

This Court's May 25, 2017 Order, among other things, struck appellants' amended brief and ordered appellants to file a second amended brief within 30 days of that Order. On June 1, 2017, appellants filed a pro se "Motion to Exceed the Word Limit" requesting this Court to "reconsider accepting our prior Amended Brief of Appellant[]s." Because this Court's May 25, 2017 Order already struck appellants' amended brief for non-compliance with the page limit and briefing rules, there is no longer any amended brief on file to reconsider accepting. Thus, the Court construes appellants' motion, not as a Rule 49.1 rehearing motion, but as a Rule 9.4 motion to exceed the word limit for a future second amended brief, and **DENIES** the motion. *See* TEX. R. APP. P. 9.4(i)(4), 49.1.

Accordingly, the Court **ORDERS** the appellants to file a second amended brief that conforms with Rule 9.4, 15,000 words or less if computer-generated, or 50 pages or less if not, with a corrected certificate of compliance, and complies with Rule 38.1 with a *separate* appendix. *See* TEX. R. APP. P. 9.4(i)(2)(B), (3), 38.1(a)-(k). Appellants must file a compliant second amended brief **within 30 days from the date of this order** or this Court will proceed as if appellants had failed to file a brief and **dismiss this appeal for want of prosecution without further notice**. *See id.* 38.8(a), 38.9(a), 42.3(b), (c).

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                              ☑ Acting individually     ☐ Acting for the Court
Date: June 8, 2017